LEWIS v. VAN CAMPEN, appellant.

*Evidence — letters.*

Letters to the plaintiff by one not a party to the action which were never acted upon or answered by plaintiff, *held*, properly excluded.

APPEAL from a judgment entered upon the report of a referee. The action was brought by Albin A. Lewis against George Van Campen, to recover for a quantity of lumber sold and delivered.

*D. H. Bolles,* for appellant.

*Angel & Jones,* for respondent.

E. DARWIN SMITH, J.

The head-note states the only point passed upon in the opinion, which holds that upon the findings of fact, the decision of the referee should be sustained.

*Judgment affirmed.*

---

PALMER v. TOWNSEND, appellant.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought by James H. Palmer against Hosea Townsend, to recover for a balance of account for goods, wares and merchandise, sold and delivered.

*J. B. Finch,* for appellant.

*Ansley & Vreeland,* for respondent.

MULLIN, P. J.

The only question involved was one of fact as to agency, and the court refused to interfere with the decision of the referee made on conflicting evidence.

*Judgment affirmed.*